**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**McCRAE LAW FIRM, PLLC**                                              **PLAINTIFF**

**v.**                                    **CAUSE NO. 3:17-CV-704-DCB-LRA**

**BARRY W. GILMER, et al.**                                        **DEFENDANTS**

## ORDER OF REMAND

This cause having come before the Court on Plaintiff McRae Law Firm, LLC's motion to remand [Doc. 3], and the Court having granted the motion;

**ACCORDINGLY;**

**IT IS HEREBY ORDERED** that this case is **REMANDED** to the Chancery Court of the First Judicial District of Hinds County.

**FURTHER ORDERED** that the Court retains collateral jurisdiction over the discrete issues of the amount of just costs due to Plaintiff and the propriety of a pre-filing injunction sanction under Federal Rule of Civil Procedure 11.

**SO ORDERED**, this the 3rd day of January, 2018.

                                                                       /s/ David Bramlette
                                                                       UNITED STATES DISTRICT JUDGE